**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**NATHAN BRAGENZER,**
        **Plaintiff,**

-vs-                                                          Case No. 07-11965
                                                          HON. Patrick J. Duggan

**MARSHALL AND ZIOLKOWSKI ENTERPRISE, L.L.C.,**
        **Defendant.**
_____/
LAW OFFICES OF BRIAN P. PARKER, P.C.
BRIAN P. PARKER (P 48617)
Attorney for Plaintiff
30700 Telegraph Rd., Suite 1580
Bingham Farms, MI 48025
(248) 642-6268
(248) 642-8875 (FAX)
lemonlaw@ameritech.net
WWW.COLLECTIONSTOPPER.COM

## ORDER GRANTING DEFAULT JUDGMENT

At a session of said Court held in the City of Detroit, County of
Wayne, State of Michigan, on April 10, 2008.

PRESENT: HON. PATRICK J. DUGGAN
                    UNITED STATE DISTRICT COURT JUDGE

This cause came to be heard on April 1, 2008, upon Plaintiff Motion for Default Judgment. After a review of the case, it appears that the Plaintiff has shown good cause and, therefore, the Plaintiff's Motion for Default Judgment is GRANTED for $1,000.00.

                                s/Patrick J. Duggan
                                Patrick J. Duggan
                                United States District Judge

Dated: April 10, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 10, 2008, by electronic and/or ordinary mail.
                                s/Marilyn Orem
                                Case Manager